

DAVID E. DE LORENZI
Chair

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4743  Fax: (973) 639-6235
ddelorenzi@gibbonslaw.com

March 2, 2015

**VIA ECF (COPY BY FEDERAL EXPRESS)**

The Honorable Mary L. Cooper, U.S.D.J.
United States District Court of New Jersey
Clarkson S. Fisher Bldg & U.S. Courthouse
402 East State Street, Room 5W
Trenton, New Jersey 08608

The Honorable Lois H. Goodman, U.S.M.J.
United States District Court of New Jersey
Clarkson S. Fisher Bldg & U.S. Courthouse
402 East State Street, Room 7E
Trenton, New Jersey 08608

Re: *InSite Vision Corp., et al. v. Mylan Pharmaceuticals, Inc., et al.*
Civil Action No. 13-3720 (MLC) (LHG)

Dear Judge Cooper:

The parties report that a settlement has been reached in this action. Enclosed, please find a copy of a Stipulation of Dismissal executed by the parties and a proposed Order for Dismissal. The parties respectfully request that Your Honor execute and order the entry of the proposed Order.

If Your Honor has any questions or comments on this issue, we are available at the Court's convenience. We thank the Court for its assistance and attention to this matter.

Respectfully,

s/ David E. De Lorenzi

cc: Counsel of record (via email)